```
 1  JEROME F. BIRN, JR., State Bar No. 128561
    jbirn@wsgr.com
 2  CAZ HASHEMI, State Bar No. 210239
    chashemi@wsgr.com
 3  KELLEY M. KINNEY, State Bar No. 216823
    kkinney@wsgr.com
 4  JESSICA L. SNORGRASS, State Bar No. 259962
    jsnorgrass@wsgr.com
 5  NICHOLAS R. MILLER, State Bar No. 274243
    nmiller@wsgr.com
 6  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 7  650 Page Mill Road
    Palo Alto, CA 94304-1050
 8  Telephone:  (650) 493-9300
    Facsimile:   (650) 493-6811
 9

10  Attorneys for Defendants
    MAXWELL TECHNOLOGIES, INC.,
11  DAVID J. SCHRAMM and KEVIN S.
    ROYAL
12
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE MAXWELL TECHNOLOGIES INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No.: 3:13-cv-00580-BEN-RBB<br><br>**JOINT MOTION REGARDING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO** |
|---|---|---|

WHEREAS, on May 10, 2013, the Court entered an Order Granting Joint Motion Extending Time to Respond to Complaint requiring that, following appointment of lead plaintiff and lead counsel in the above-captioned action, the parties meet and confer within 15 days in order to propose a schedule for the filing of an amended consolidated complaint (the "Consolidated Complaint") and the briefing for any responses to the Consolidated Complaint by defendants, and present the proposed schedule to the Court via a joint motion for the Court's approval (Dkt. No 28);

WHEREAS, on October 24, 2013, the Court entered a consolidation order and appointed lead plaintiff and lead counsel for plaintiff in this action (Dkt. No. 44);

WHEREAS, the undersigned parties have met and conferred, and have agreed to the following, subject to the Court's approval;

NOW, THEREFORE, lead plaintiff and defendants, through their respective counsel listed below, jointly apply for an order stating as follows:

1. Plaintiff shall file a Consolidated Complaint no later than January 16, 2014;
2. Defendants shall move to dismiss or otherwise respond to the Consolidated Complaint no later than March 20, 2014;
3. Plaintiff shall file any opposition(s) to defendants' motion(s) in response to the Consolidated Complaint no later than May 22, 2014; and
4. Defendants shall file any replies in support of their motion(s) no later than July 2, 2014.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: November 12, 2013 | Respectfully submitted, |
| 2 | | WILSON SONSINI GOODRICH & ROSATI |
| 3 | | Professional Corporation |
| | | 650 Page Mill Road |
| 4 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 5 | | Facsimile: (650) 493-6811 |

By: /s/ Kelley M. Kinney
　　　Kelley M. Kinney

Attorneys for Defendants
MAXWELL TECHNOLOGIES, INC.,
DAVID J. SCHRAMM and KEVIN S. ROYAL

Dated: November 12, 2013

DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: (415) 836 2500
Facsimile: (415) 836 2501

By: /s/ Roy K. McDonald
　　　Roy K. McDonald

Attorneys for Defendant
VAN M. ANDREWS

| | |
|---|---|
| Dated: November 12, 2013 | SAXENA WHITE P.A.<br>2424 N. Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Telephone: (561) 394-3399<br>Facsimile:  (561) 394-3382<br><br>By: /s/ Lester R. Hooker<br>       Lester R. Hooker<br><br>Lead Counsel for Lead Plaintiff<br>EMPLOYEES' PENSION PLAN OF THE<br>CITY OF CLEARWATER<br><br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMAN LLP<br>Blair A. Nicholas<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA  92130<br>Telephone: (858) 793-0070<br>Facsimile:  (858) 793-0323<br><br>Liaison Counsel for Lead Plaintiff<br>EMPLOYEES' PENSION PLAN OF THE<br>CITY OF CLEARWATER |

**SIGNATURE ATTESTATION**

I, Kelley M. Kinney, attest that I obtained the concurrence of Lester R. Hooker and Roy K. McDonald in filing this document.  I declare under penalty of the laws of the United States that the foregoing is true and correct.  Executed this 12th day of November, 2013 in Palo Alto, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

By: /s/  Kelley M. Kinney
         Kelley M. Kinney

Attorneys for Defendants
MAXWELL TECHNOLOGIES, INC.,
DAVID J. SCHRAMM and KEVIN S.
ROYAL

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2013, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lionel Z. Glancy
Email: lglancy@glancylaw.com
lboyarsky@glancylaw.com
info@glancylaw.com

Michael M. Goldberg
Email: mmgoldberg@glancylaw.com
rprongay@glancylaw.com

Lester R. Hooker
Email: lhooker@saxenawhite.com
e-file@saxenawhite.com
lhookerlaw@gmail.com

Maya Saxena
Email: msaxena@saxenawhite.com

David C. Walton
Email: davew@rgrdlaw.com
jillk@rgrdlaw.com
hdemag@rgrdlaw.com
e_file_sd@rgrdlaw.com

Blair A. Nicholas
Email: blairn@blbglaw.com
kayem@blbglaw.com

Brian E. Cochran
Email: bcochran@rgrdlaw.com
e_file_sd@rgrdlaw.com

Jeff S. Westerman
Email: jwesterman@jswlegal.com

Roy K. McDonald
Email: roy.mcdonald@dlapiper.com
keith.nesbit@dlapiper.com

Vishali Singal
Email: vishali.singal@dlapiper.com
keith.nesbit@dlapiper.com

Shirli Fabbri Weiss
Email: shirli.weiss@dlapiper.com
emiko.gonzales@dlapiper.com

1  and I hereby certify that as of this date there were no non-CM/ECF participants
2  listed on the Court's docket who needed to receive manual service.
3       I certify under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct.  Executed on November 12, 2013.

                                  WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation
                                  650 Page Mill Road
                                  Palo Alto, CA 94304-1050
                                  Telephone:  (650) 493-9300
                                  Facsimile:   (650) 493-6811

                                  By: /s/  Kelley M. Kinney
                                              Kelley M. Kinney

                                  Attorneys for Defendants
                                  MAXWELL TECHNOLOGIES, INC.,
                                  DAVID J. SCHRAMM and KEVIN S.
                                  ROYAL