1  BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178428)
   BENJAMIN GALDSTON (Bar No. 211114)
3  12481 High Bluff Drive, Suite 300
   San Diego, CA 92130
4  Tel:   (858) 793-0070
   Fax:  (858) 793-0323
5

6  *Liaison Counsel for Lead Plaintiff Employees'
   Pension Plan of the City of Clearwater*

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

11  IN RE MAXWELL TECHNOLOGIES INC., SECURITIES LITIGATION

Case No. 3:13-cv-00580-BEN-RBB

CLASS ACTION

CERTIFICATE OF SERVICE

# **CERTIFICATE OF SERVICE**

1.  I hereby certify that on January 17, 2014, I authorized the electronic filing of the following document via the Court's CM/ECF system:

- CORRECTED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS

2.  The attorneys registered with the ECF System may access this filing through the Court's system. Notice of this filing was sent to the parties by operation of the ECF System, and I hereby certify that as of this date, there were no non-CM/ECF participants listed on the Court's docket who needed to receive manual service.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of January, 2014, at San Diego, California.

/s/ *Benjamin Galdston*
BENJAMIN GALDSTON