Harry Landis
207 Oak Street
Norton, MA 02766
508 285 7568

To
US District Court
Southern District of California

cc Claims Administrator
bcc Atty J. Pasqualucci



**FILED**

Apr 20 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ ArianaF          DEPUTY

Regarding
Case No. 3:13-cv-00580-BEN-RBB
In Re Maxwell Technologies Inc., Securities Litigation

NUNC PRO TUNC
4/10/2015

To The Court,

I received on Mar 27 notice that I might be a member of the class of investors covered
by this case. The notice stipulated that I must file a claim by 2 Feb 2015. This seems a
little unreasonable, as the notice was postmarked 24 Mar.  Further, it states that if I want
to object to the settlement, I have to do it by 15 Jan 2015, which would be even more
difficult. But even though it appears the fix is in, I hereby object. And even though I am
supposedly entitled by the settlement to a substantial payment, I still feel the settlement
is grossly unfair and probably unethical. The documents I received indicate that if
covered investors do not respond in time, their damages will be divided among those
who do respond in time. And as it appears that the plaintiff's lawyers have gone to some
trouble to make it difficult to respond in time, they will apparently collect the bulk of the
proceeds, far in excess of any damages they may have suffered. This sort of thing is one
of the many reasons that people have such a low opinion of lawyers.
 Further, I see no evidence that Maxwell did anything wrong.

 If I had my choice, I would prefer that this whole lawsuit was thrown out and the
lawyers disbarred, and no one, including me, got any money from Maxwell or its
insurers.

As I said, I expect the fix is in, and nothing will come of this letter. But this is my
position.

Harry Landis



BROCKTON MA 023

06 APR 2015 PM 3 L

LANDY
02766-1101.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA 92101

92101$3805

CASE #
3:13-CV-00580-BEN-RBB
MAXWELL TECHNOLOGIES

APR 1 0 2015

DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED